

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>THOMAS CHIA FU,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR11-59-CJC<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>March 15</u>, <u>2011</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 3/10/11

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge